# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PATEL, MARILYN H. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge USDC | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Monthly | Union Bank of California Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham CLIP Board and Roundtable | March 24-25, 2011 | New York, NY | Meeting | meals, lodging and transportation |
| 2. | 2011 District Conference | April 8-10, 2011 | Monterey, CA | Conference | meals, lodging and transportation |
| 3. | The National Academy of Science | June 5-12, 2011 | Washington, DC | Meeting | meals, lodging and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Aegean Marine Petro Inc. | | None | | | Sold | 3/8/11 | K | | |
| 2. | Alexion Pharma Inc. | | None | | | Buy | 8/1/11 | M | | |
| 3. | Alexion Pharma Inc. | | None | | | Sold | 12/2/11 | M | | |
| 4. | Allegheny Tech Inc. | B | Dividend | N | T | Buy | 8/1/11 | N | | |
| 5. | Alpha Natl. Resources | | None | | | Buy | 3/21/11 | N | | |
| 6. | Alpha Natl. Resources | | None | | | Sold | 7/27/11 | N | | |
| 7. | Alpha Natl. Resources | | None | M | T | Buy | 8/1/11 | M | | |
| 8. | Banco Bradesco | B | Dividend | | | Sold | 3/8/11 | M | E | |
| 9. | Bank of America | A | Dividend | | | Sold | 3/8/11 | M | | |
| 10. | Bank or America | A | Dividend | L | T | Buy | 7/12/11 | M | | |
| 11. | BB&T Corp. | B | Dividend | | | Sold | 3/8/11 | M | | |
| 12. | BE Aerospace Inc. | | None | | | Sold | 5/5/11 | M | D | |
| 13. | BE Aerospace Inc. | | None | M | T | Buy | 8/1/11 | M | | |
| 14. | Boeing | D | Dividend | N | T | | | | | |
| 15. | Borg Warner Inc. | | None | M | T | Buy | 8/1/11 | M | | |
| 16. | Carrizo Oil & Gas Inc. | | None | M | T | Buy | 8/1/11 | M | | |
| 17. | Chart Industries Inc. | | None | | | Buy | 8/1/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chart Industries Inc. | | None | | | Sold | 12/2/11 | M | F | |
| 19. Citigroup Inc. | | None | | | Sold | 3/8/11 | L | | |
| 20. Citizens Rep. Bank Co. | | None | | | Sold | 3/8/11 | J | | |
| 21. Cliffs Natural Res.Inc. | C | Dividend | | | Sold | 3/8/11 | M | F | |
| 22. Cliffs Natural Res.Inc. | | None | | | Buy | 03/21/11 | M | | |
| 23. Cliffs Natural Res.Inc. | C | Dividend | | | Sold | 07/27/11 | M | E | |
| 24. Cliffs Natural Res.Inc. | | None | N | T | Buy | 08/01/11 | N | | |
| 25. Dow Chemical Co. | C | Dividend | | | Sold | 03/08/11 | M | F | |
| 26. Dow Chemical Co. | | None | | | Buy | 03/21/11 | M | | |
| 27. Dow Chemical Co. | C | Dividend | | | Sold | 07/21/11 | M | D | |
| 28. Dow Chemical Co. | | None | M | T | Buy | 08/01/11 | M | | |
| 29. Eastman Chemical | D | Dividend | | | Sold | 03/08/11 | M | E | |
| 30. Eastman Chemical | | None | | | Buy | 03/21/11 | O | | |
| 31. Eastman Chemical | B | Dividend | | | Sold | 07/27/11 | O | F | |
| 32. Eastman Chemical | | None | M | T | Buy | 08/01/11 | N | | |
| 33. Eaton Corp | | None | | | Buy | 3/21/11 | N | | |
| 34. Eaton Corp | C | Dividend | | | Sold | 7/27/11 | N | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Corp | | None | M | T | Buy | 8/1/11 | M | | |
| 36. EMC Corp. | | None | | | Sold | 3/8/11 | K | E | |
| 37. Emerson Electric Co. | A | Dividend | | | Sold | 5/5/11 | M | E | |
| 38. Fifth Third Bancorp | | None | | | Buy | 3/21/11 | M | | |
| 39. Fifth Third Bancorp | A | Dividend | | | Sold | 5/5/11 | M | | |
| 40. Fifth Third Bancorp | | None | L | T | Buy | 8/4/11 | L | | |
| 41. Ford Motor Co. | | None | | | Sold | 5/5/11 | L | | |
| 42. Ford Motor Co. | | None | L | T | Buy | 6/3/11 | M | | |
| 43. Freeport McMoran | C | Dividend | M | T | Buy | 8/1/11 | N | | |
| 44. Gafisa SA | | None | | | Sold | 3/8/11 | L | C | |
| 45. General Cable | D | Dividend | | | Sold | 5/5/11 | M | F | |
| 46. General Cable | | None | M | T | Buy | 8/1/11 | M | | |
| 47. General Electric Co. | D | Dividend | | | Sold | 5/5/11 | M | F | |
| 48. General Electric Co. | | None | M | T | Buy | 8/1/11 | M | | |
| 49. Hartford Fnl. Services Grp. | A | Dividend | | | Sold | 3/8/11 | L | D | |
| 50. Hartford Fnl. Services Grp. | | None | K | T | Buy | 7/27/11 | L | | |
| 51. Honeywell Int'l | D | Dividend | | | Sold | 5/5/11 | N | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Honeywell Int'l | | None | N | T | Buy | 6/8/11 | N | | |
| 53. Huntington Bancshs Inc. | A | Dividend | | | Sold | 5/5/11 | L | B | |
| 54. Huntington Bancshs Inc. | | None | L | T | Buy | 7/21/11 | L | | |
| 55. ICICI Bank LTD | | None | | | Sold | 3/8/11 | M | | |
| 56. ING Groep NV | | None | | | Sold | 5/5/11 | K | | |
| 57. JP Morgan Chase | | None | | | Buy | 3/21/11 | N | | |
| 58. JP Morgan Chase | D | Dividend | | | Sold | 7/27/11 | M | C | |
| 59. JP Morgan Chase | | None | M | T | Buy | 8/1/11 | M | | |
| 60. Johnson Controls Inc. | | None | | | Buy | 3/21/11 | M | | |
| 61. Johnson Controls Inc. | B | Dividend | | | Sold | 5/5/11 | M | | |
| 62. Johnson Controls Inc. | | None | M | T | Buy | 8/1/11 | M | | |
| 63. Key Corp. Inc. | A | Dividend | | | Sold | 3/8/11 | M | F | |
| 64. Kimco Realty Corp. | A | Dividend | | | Sold | 2/28/11 | M | E | |
| 65. Kronos Worldwide | B | Dividend | L | T | Buy | 8/1/11 | M | | |
| 66. Las Vegas Sands | | None | | | Sold | 7/27/11 | M | F | |
| 67. Lyondell Basell Inds. | | None | | | Buy | 3/21/11 | N | | |
| 68. Lyondell Basell Inds. | A | Dividend | | | Sold | 7/27/11 | N | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marshall & Ilsley Corp. | | None | | | Sold | 1/7/11 | K | | |
| 70. Mechel OAO | B | Dividend | | | Sold | 5/5/11 | M | | |
| 71. Mechel OAO | | None | K | T | Buy | 8/1/11 | L | | |
| 72. Methanex | B | Dividend | L | T | | | | | |
| 73. Morgan Stanley | A | Dividend | | | Sold | 3/8/11 | M | | |
| 74. Peabody Energy Corp | A | Dividend | | | Sold | 12/10/11 | M | | |
| 75. Potash Corp. Sask. | | None | | | Buy | 3/21/11 | M | | |
| 76. Potash Corp. Sask. | A | Dividend | | | Sold | 5/5/11 | M | | |
| 77. Regions Financial Corp. | A | Dividend | | | Sold | 7/27/11 | M | C | |
| 78. Satyams Computer Svc | | None | | | Sold | 3/8/11 | K | | |
| 79. Schwab Cash Res. | A | Dividend | M | T | | | | | |
| 80. TE Connectivity Ltd. | | None | L | T | Buy | 8/1/11 | M | | |
| 81. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #1 |
| 82. U.S. Bancorp. | B | Dividend | | | Sold | 5/5/11 | M | E | |
| 83. U.S. Bancorp. | | None | M | T | Buy | 8/8/11 | M | | |
| 84. Weatherford Intl. Ltd. | | None | | | Buy | 3/24/11 | M | | |
| 85. Weatherford Intl. Ltd. | | None | | | Sold | 5/5/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Webster Financial Corp. | A | Dividend | | | Sold | 3/8/11 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII (Investments and Trusts), No. 81: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

| Name of Person Reporting | Date of Report |
| --- | --- |
| PATEL, MARILYN H. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARILYN H. PATEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544